UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WAYNE CHARLES, SR.<br><br>  Plaintiffs,<br><br>v.<br><br>LEVITT & KAISER, RICHARD LEVITT;<br>NICHOLAS KAIZER; BRENDAN WHITE;<br>GLENDA CHARLES;<br>MICHELLE KERN-RAPPY<br><br>  Defendants. | 15 CV 08283 |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/30/15

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rules of Procedure Rule 41(a)(1)(a)(i) the above captioned case has been voluntarily dismissed by the Plaintiff, which dismissal pursuant to this Rule 41(a)(1)(a)(i) shall be without prejudice.

November 23, 2015

_____
J.A. Sanchez
The Law Offices of J.A. Sanchez
225 Broadway
Suite 1901
New York, NY 10007
(646) 657-5345
(646) 390-3214 (fax)
Attorney Bar Code JS 3070

Counsel for Plaintiff(s)

SO ORDERED: 11/30/15

_____
HON. PAUL A. ENGELMAYER
UNITED STATES DISTRICT JUDGE